**No. 59891.**—The American Import Co. *v.* United States, protest 242805–K (San Francisco).

Opinion by JOHNSON, J.   At the trial, it was stipulated that the merchandise consists of articles of porcelain, not containing 25 percent or more of calcined bone, and not being tableware.   On the record presented, the merchandise was held dutiable at 50 cents per dozen, but not less than 45 percent nor more than 70 percent ad valorem, under the provision in paragraph 212, as modified, *supra*, for decorated porcelain articles, not tableware, not containing 25 percent or more of calcined bone.

**No. 59892.**—The May Dept. Stores Co. *v.* United States, protests 159028–K and 180444–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59893.**—Nisonger Sales Co. and Trans World Shipping Corp. *v.* United States, protest 253062–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that one case, No. 49574, reported by the inspector as not landed, not found, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portion of the merchandise as was reported by the inspector as not landed, not found.   The protest was sustained to this extent.